UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00359-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN VALDIVIA a/k/a Ruben Valdivia-Cano,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **September 28, 2012** and responses to these motions shall be filed by **October 12, 2012**. It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions, if necessary, at a future date. It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, October 29, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: August 29, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE